APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MODERN HEARING SOLUTION OF
CANTON, INC.

V.

RICCA GROUP, INC dba
MEDSURVEY, INC

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, __Modern Hearing Solutions__ , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

11/14/2017
Date

_____
Signature

Counsel for: Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

        (2) states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.