# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MODERN HEARING SOLUTIONS**
**OF CANTON, INC.**

                                    **CIVIL ACTION NO. 17-5118**

   **v.**

**RICCA GROUP, INC. dba**                 **Electronically filed**
**MEDSURVEY, INC.**

## NOTICE OF DISMISSAL

**TO THE CLERK OF COURTS:**

Please note on the records of the Court that, pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned action, without prejudice.

                                              s/ John K. Weston_____

                                              JOHN K. WESTON
                                              PA Attorney No. 26314
                                              *jweston@sackslaw.com*
                                              Attorney for Plaintiff
                                              SACKS WESTON DIAMOND LLC
                                              1845 Walnut Street – Suite 1600
                                              Philadelphia, Pennsylvania 19103
                                              (215) 925-8200

## **CERTIFICATE OF SERVICE**

JOHN K. WESTON, attorney for Plaintiff, certifies that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. Service has thereby been made on all parties.

                                              s/ John K. Weston_____

                                              JOHN K. WESTON
                                              PA Attorney No. 26314
                                              *jweston@sackslaw.com*
                                              Attorney for Plaintiff